**Jean Bernard GERMAIN, Plaintiff–Appellant,**

v.

**Richard MILLER, Acting Warden; William Bohrer, Security Chief; Thomas Sawyer, Hu 2 Manager; Walter Iser, Jr., Hu 1 Sergeant, Defendants–Appellees.**

No. 16-6300

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2016

Decided: September 8, 2016

Jean Bernard Germain, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before GREGORY, Chief Judge, and WYNN and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jean Bernard Germain appeals a district court's order granting summary judgment to the Defendants and dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and affirm for the reasons cited by the district court. Germain v. Miller, No. 1:15–cv–00349–JFM (D. Md. Feb. 29, 2016). We have considered Germain's claims that the district court abused its discretion denying his mo-

tions for discovery, appointment of counsel, and recusal and find the claims to be without merit. We deny Germain's motion for a stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED